UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LADDELL HARRISON, ON BEHALF OF MATTEHW C. ALLEN, JR., TEDDIE J. ALLEN, AND THE MATTHEW AND TEDDIE ALLEN CHARITABLE REMAINDER ANNUITY TRUST, <br><br> Plaintiffs, <br><br> VS. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:15-cv-00593 |

## PETITION FOR REMOVAL

**PLEASE TAKE NOTICE** that Defendant Continental Casualty Company ("Continental") hereby files this Petition for Removal of the above-captioned matter from the 201st Judicial District Court for Travis County, Texas, pursuant to 28 U.S.C. § 1332, 1441 and 1446, and removes this action to the United States District Court for the Western District of Texas. In support, Continental states as follows:

1.   This action was commenced in the 201st Judicial District Court for Travis County, Texas on or about June 19, 2015, bearing docket number D-1-GN-15-002414. True and correct copies of the Summons and Complaint are attached hereto as Exhibit "A." The Summons and Complaint were served on Continental by serving Continental's registered agent in Dallas, Texas on June 29, 2015. As such, removal is timely pursuant to 28 U.S.C. § 1446(b). The summons and complaint attached as Exhibit A constitutes all of the process, pleadings and orders received by Continental in this action to date.

2.  This action is a civil action over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) and (b).  The amount in controversy exceeds $75,000, as plaintiffs seek recovery of in excess of $1,000,000, and there is complete diversity of citizenship between plaintiffs and defendants.

3.  Plaintiff Ladell Harrison ("Harrison") is a citizen and resident of Texas. (Complaint ¶ 2.)  Plaintiff Harrison sues on behalf of Matthew C. Allen, Jr. and Teddie J. Allen and the Matthew and Teddie Allen Charitable Remainder Annuity Trust (collectively the "Allens").  While the Allens are not plaintiffs, as Harrison simply sues on their behalf pursuant to a power of attorney, the Allens are also citizens and residents of Texas (Complaint ¶ 3.)

4.  Continental is a corporation organized and existing under the laws of the State of Illinois with a principal place of business in Chicago, Illinois. (Complaint ¶5.)

5.  Plaintiffs seek to recover under an insurance policy issued by Continental in connection with a judgment obtained against parties alleged to be Continental's insured for compensatory damages in the amount of $984,101.29, exemplary damages of $500,000, plus attorneys' fees in the amount of $54,862.50 and 26,460.38 in arbitration fees and expenses, plus interest.   The amount in controversy therefore exceeds $75,000 exclusive of interest and costs.

6.  As of this date, Continental has not filed a responsive pleading.

7.  This Notice of Removal is being filed in the United States District Court for the Western District of Texas, Austin Division, the district court of the United States for the district and division within which the state court action is pending, as required by 28 U.S.C. §§ 1446(a) and 1441(a), and this Court is the appropriate forum for this case.

8.      This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

9.      Pursuant to 28 U.S.C. § 1446, a copy of this Petition for Removal shall be given to plaintiff and is being filed contemporaneously in the 201st Judicial District Court for Travis County, Texas.

**WHEREFORE**, Defendant respectfully requests that this action be duly removed to this Court, and that it proceed herein.

Dated: July 15, 2015

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY, P.C.

By:   /s/ Andrew L. Margulis
      Andrew L. Margulis (Admission pending)
      750 Third Avenue, 25th Floor
      New York, NY 10017
      Tel: (212) 668-5927
      Fax: (212) 668-5929
      andrew.margulis@rmkb.com

LAW OFFICES OF BRIAN J. JUDIS

By:   /s/ Eric Hines
      Eric Hines
      TBN: 24010107
      Plaza of the Americas, North Tower
      700 N. Pearl St, Ste. 425
      Dallas, TX 75201
      Telephone: 214-220-5600
      Facsimile: 214-775-4124
      E-mail: eric.hines@cna.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of July, 2015, a true and correct copy of the foregoing instrument has been served by the following method to the following counsel of record:

| | |
|---|---|
| Alberto T. Garcia, III, Esquire<br>albert@garmtzlaw.com<br>Adrian R. Martinez, Esquire<br>Adrian@garmtzlaw.com<br>GARCIA & MARTINEZ, LLP<br>6900 North 10th St., Ste. 2<br>McAllen, TX 78504<br>Telephone: 956-627-0455<br>Facsimile: 956-627-0487<br>**ATTORNEYS FOR PLAINTIFF** | ☐ electronic mail through the electronic filing manager;<br>☐ U.S. Mail;<br>☐ commercial delivery service;<br>☐ facsimile transmission;<br>☐ hand delivery; |

/s/ Eric Hines
Eric Hines