UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LADELL HARRISON, ON BEHALF OF MATTHEW C. ALLEN, JR., TEDDIE J. ALLEN, AND THE MATTHEW AND TEDDIE ALLEN CHARITABLE REMAINDER ANNUITY TRUST | § § § § § § | Civil Action No. 1:15-CV-00593-RP |
| VS. | § § § | |
| CONTINENTAL CASUALTY COMPANY | § § | |

### **PLAINTIFFS' UNOPPOSED MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW PLAINTIFF LADELL HARRISON, ON BEHALF OF MATTHEW C. ALLEN, JR., TEDDIE J. ALLEN, AND THE MATTHEW AND TEDDIE ALLEN CHARITABLE REMAINDER ANNUITY TRUST, and files this Unopposed Motion to Dismiss this case pursuant to Federal Rule of Civil Procedure 41, and in support hereof would show the Court as follows:

1. Plaintiffs respectfully request that this Court dismiss this cause of action, without prejudice to re-filing of same against Defendant CONTINENTAL CASUALTY COMPANY.

2. At this time, Plaintiffs no longer desire to prosecute their claims against Defendant CONTINENTAL CASUALTY COMPANY and wish to dismiss their claims without prejudice.

3. Counsel for Defendant has been consulted on this motion and he is unopposed that this motion should be granted.

**CONCLUSION**

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order dismissing this cause of action against Defendant CONTINENTAL CASUALTY COMPANY, without prejudice to re-filing of same.

Respectfully submitted,

    /s/ Alberto T. Garcia III                    .
**ALBERTO T. GARCIA III**, *Attorney in Charge*
Texas State Bar No. 00787515
Email:  albert@garmtzlaw.com
**GARCIA & MARTINEZ, L.L.P.**
6900 North 10th Street, Suite 2
McAllen, Texas 78504
Telephone:  956-627-0455
Fax:  956-627-0487

**ATTORNEY FOR PLAINTIFFS LADELL HARRISON, ON BEHALF OF MATTHEW C. ALLEN, JR., TEDDIE J. ALLEN, AND THE MATTHEW AND TEDDIE ALLEN CHARITABLE REMAINDER ANNUITY TRUST**


**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with Eric Hines, counsel for the removing Defendant, on September 25, 2015 and he stated that he is unopposed to this Motion.

    /s/ Alberto T. Garcia III                    .
Alberto T. Garcia III

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the Defendants listed below on September 30, 2015.

| | |
|---|---|
| Mr. Andrew L. Margulis<br>ROPERS, MAJSKI, KOHN & BENTLEY, P.C.<br>750 Third Avenue, 25th Floor<br>New York, NY 10017 | Via andrew.margulis@rmkb.com |
| Mr. Eric Hines<br>LAW OFFICES OF BRIAN J. JUDIS<br>Plaza of the Americas, North Tower<br>700 North Pearl Street, Suite 425<br>Dallas, Texas 75201 | Via eric.hines@cna.com |

       /s/ Alberto T. Garcia III    .
       Alberto T. Garcia III