IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LADDELL HARRISON, ON BEHALF OF MATTHEW C. ALLEN, JR., TEDDIE J. ALLEN, AND THE MATTHEW AND TEDDIE ALLEN CHARITABLE REMAINDER ANNUITY TRUST<br><br>　　　　Plaintiffs,<br>V.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　　Defendant. | §§§§§§§§§§§§ | 1-15-CV-593 RP |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss, filed September 30, 2015 (Clerk's Dkt. #14). By way of the motion, Plaintiffs seek to voluntarily dismiss all claims raised against Defendant Continental Casualty Company. *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing notice of dismissal before opposing party files answer).

As Defendant has not yet filed an answer in this action, Plaintiffs' Unopposed Motion to Dismiss is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE. The Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on October 1, 2015.

　　　　　　　　　　　　　　　　　　　　　　ROBERT L. PITMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE